Opinion issued May 21, 2009

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-09-00391-CV






IN RE PRUDENCIO CORDOVA, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION

 Relator, Prudencio Cordova, has filed a petition for writ of mandamus
complaining of the trial court's (1) refusal to rule on his motion for default judgment. 
However, this Court has no jurisdiction over the district courts of Walker County. 
See Tex. Gov't Code Ann. § 22.201(b) (Vernon Supp. 2008). The Tenth Court of
Appeals has jurisdiction over Walker County district courts. See Tex. Gov't Code
Ann. § 22.201(k) (Vernon Supp. 2008)

 Accordingly, we dismiss the petition for writ of mandamus for want of
jurisdiction. 

PER CURIAM


Panel consists of Chief Justice Radack and Justices Taft and Sharp.

1.